UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRANDON SMITH, *et al.*, | : | CASE NO. 1:17-CV-01600 |
| | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | (Chief Magistrate Judge Schwab) |
| | : | |
| BELL-MARK TECHNOLOGIES CORPORATION, | : : | |
| | : | |
| Defendant | : | |

**ORDER**
October 3, 2019

Following several conferences with the parties after which the parties narrowed the proposed release and confidentiality provisions and provided more information as to the requested attorneys' fees, and finding that the Putative Collective Action Members are sufficiently similarly situated for this case to be certified as a collective action under the Fair Labor Standards Act, that the settlement is a product of contested litigation as to a *bona fide* dispute between the parties, that the settlement reflects a fair and reasonable resolution of that dispute, and that the requested attorneys' fees are fair and reasonable, **IT IS ORDERED** that the Plaintiffs' Unopposed Motion to Approve Collective Action Settlement and Attorneys' Fees (doc. 37) is **GRANTED**.  **IT IS FURTHER ORDERED** that the

parties shall proceed in accordance with the Amended Stipulation of Settlement.

The Clerk of Court shall mark this case closed.

*S/Susan E. Schwab*
Susan E. Schwab
Chief United States Magistrate Judge
